MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
MHUTCHINS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff JAMES HALTERMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JAMES HALTERMAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE COMPUTER MERCHANT, LTD., A MASSACHUSETTS CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV09-05734-JW (HRL)<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

Plaintiff, James Halterman, filed this action alleging overtime violations under the Federal Labor Standards Act and under related state wage-and-hour laws against The Computer Merchant Ltd., and Does 1 through 10 ("Defendants"). Plaintiff now asks this Court to accept that the parties have reached a fair and reasonable Settlement Agreement and to dismiss the action with prejudice.

- Plaintiff filed this action alleging overtime violations under the Federal Labor Standards Act and related state wage-and-hour laws against the Defendants.

- Defendants contest liability under the FLSA based on their contention that Plaintiff was an exempt employee. They also dispute violating state laws related to break periods and itemizing wage statements.

- The parties have reached a Settlement Agreement — negotiated by their respective counsel — in which Plaintiff acknowledges that the payments under it are a fair and reasonable resolution to the disputed claims for the entire period of his employment. Payment under the Settlement Agreement includes reasonable attorneys' fees.

Accordingly, the Plaintiff's Request for Dismissal with Prejudice is granted.

The Court terminates any remaining pending deadlines, hearings or motions. The Clerk shall close this file.

Dated this 19th day of February, 2010.

_____
James Ware
United States District Judge

-2-
[PROPOSED] ORDER OF DISMISSAL