1 | MICHAEL L. TRACY, ESQ., SBN 237779
2 | MTRACY@MICHAELTRACYLAW.COM
  | MEGAN ROSS HUTCHINS, ESQ., SBN 227776
3 | MHUTCHINS@MICHAELTRACYLAW.COM
  | LAW OFFICES OF MICHAEL TRACY
4 | 2030 Main Street, Suite 1300
  | Irvine, CA 92614
5 | T: (949) 260-9171
  | F: (866) 365-3051

Attorneys for Plaintiff JAMES HALTERMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JAMES HALTERMAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE COMPUTER MERCHANT, LTD., A MASSACHUSETTS CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV09-05734-JW (HRL)<br><br>[PROPOSED] ORDER OF DISMISSAL |

Plaintiff, James Halterman, filed this action alleging overtime violations under the Federal Labor Standards Act and under related state wage-and-hour laws against The Computer Merchant Ltd., and Does 1 through 10 ("Defendants"). Plaintiff now asks this Court to accept that the parties have reached a fair and reasonable Settlement Agreement and to dismiss the action with prejudice.

- Plaintiff filed this action alleging overtime violations under the Federal Labor Standards Act and related state wage-and-hour laws against the Defendants.

- Defendants contest liability under the FLSA based on their contention that Plaintiff was an exempt employee. They also dispute violating state laws related to break periods and itemizing wage statements.

- The parties have reached a Settlement Agreement — negotiated by their respective counsel — in which Plaintiff acknowledges that the payments under it are a fair and reasonable resolution to the disputed claims for the entire period of his employment. Payment under the Settlement Agreement includes reasonable attorneys' fees.

Accordingly, the Plaintiff's Request for Dismissal with Prejudice is granted.

The Court terminates any remaining pending deadlines, hearings or motions.  The Clerk shall close this file.

Dated this  19th  day of February, 2010.

                            *James Ware*
                            James Ware
                            United States District Judge